RECEIVED

DEC 1 5 2008

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

E-FILED
Tuesday, 16 December, 2008  03:32:14 PM
Clerk, U.S. District Court, ILCD

Attention! Clerk of Courts can you please make me copys and send me back the originals. I will need them back In a timely fashion. If you will. Before January it is pertinent. And I will Apprichiate this Gesture also. I felt It was important that I Exsposed this Info. rmation to you, but. Am In the Department of Corrections Doing 2 yrs 6 months broke Down to A 3 month Sentence I SHAll be released on or about Feb 5th from the Department of Corrections. I only arrived here on Nov 7th So I've Done 1 month And A week but was Sentenced on Oct 31st time started there. It cut in HAlf when you walk in the Door. Another 2 sets of 90 Days Are Givin to you And I HAD 174 Days Creditit Which is 5 months + 22 Days Exactly I Have A Year of Parol upon my realease I would Like to Adress this matter And would Like your Assistance thats what my report is About. THAnk you Toni Hale

11/21/08

Dear Honrable Judge :

My name is Toni Hale. I'm currently incarcerated at Dwight Correctional Center. I'm 24 years old, my inmate ID# is R83758. Before being shipped to prison I was an inmate at Adams County Jail, located in Quincy, Ill, where I was assaulted by staff members while I was pregnant. I was taken to the hospital, my baby was not given pre natal care at Adams County Jail and was born with fluid in the brain, Severe carnial abnormalities. See attached exhibit labelled "A".

It began on 2/11/08, I was extradited back to Adams County Jail from St. Louis City Jail. I was booked and Yo Sherick asked whether I was pregnant. I said I don't know because I was raped; before I left to go to St. Louis. He put it in the computer as unknown. I was then taken to my cell. I then dropped requests to see the nurse (I forgot the nurse's name but only one nurse works at Adams County Jail House). I noticed my belly button was bulging out. About a month later, I visited that very nurse, she said that I had a hernia and I was not pregnant. She refused to do a pregnancy test. I asked her to please do a pregnancy test, she refused. She said that she would schedule me to see the doctor about the hernia. After a week went by and I did not see

the doctor, I dropped some more medical ^slips to see the nurse. I continued to drop slips for three more weeks. I was taken to see the nurse three weeks later and while I was upstairs with her, she asked me what was wrong with me. I said I filled out a nurse's request form to you, because you said you would schedule me to see the doctor because I had a hernia and I also believe I am pregnant, so I need a pregnancy test. She then yelled at me " Either you are, or you aren't pregnant, so I'm not going to waste my time and give you a pregnancy test". She also yelled " As far as the hernia, your stomachs getting big because that's what hernias do hon". The officer took me back downstairs where I saw Laura Childers (another inmate) in the cell where I was taken. Laura Childers told me Chad Downs (the jailhouse administrator) went upstairs to talk to the nurse, she said she heard the nurse ask Chad Downs whether he can refuse me medical treatment and that Chad Downs said yes. Then Laura Childers saw Chad Downs throw my medical slips in the trash. So I'm now going on to two months, pregnant in this jail-house and not being given prenatal care for my baby. I continued to drop medical slips asking for a pregnancy test and they were all ignored.

   Some time between 5/10/08 and 5/22/08 and this

is all on camera. I was accused along with Tamara French, of trying to run the pod. We both were taken upstairs to lockdown by Sgt. Galloway and C/o Troutvetter. Once we got upstairs Chad Downs came with a rule book and read us our charges. By this time C/o Troutvetter had already left, leaving just Sgt. Galloway and Chad Downs with the two of us. I began pleading with Chad Downs telling him that I had nothing to do with this. He kept yelling the rules out of this rulebook for 2007-2008 that no longer exists. He said that our punishment was going to be 30 days in Lockdown and we also lose our day for day good time. Then Sgt. Galloway and Chad Downs left. About ten minutes later, I heard my door pop, I was lying down on my bunk then I got up to see who was coming into my cell. I saw C/o Troutvetter, C/o Dina Coleman and C/o McGee and C/o Cool had a taser. C/o Troutvetter dragged down to the first cell where the camera is located and C/o Cool was standing at the entrance of the door with his taser. I was scared and said you can't use that on me I am pregnant. C/o Cool then said "so what" then C/o McGee then said "I don't give a fuck". I was co-operating and getting into that chair because they were going to strap me down. C/o Coleman raised her hand to me

like she was about to strike me and I said "you better not fucking touch me". She raised her hand and struck me. Then 4o McGee grabbed me by my neck, slammed me down to the ground, I landed on my stomach and then put his knee in my back then he twisted my arm behind my back and put his knee to my neck. I felt sharp pains in my stomach. And then they picked me up and threw me in the chair and strapped me down very tightly in that chair. All of this is on camera, all of this was done to me after I told them that I was pregnant. There was a strap that was put around my arms very tightly, my legs very tightly and my stomach very tightly cutting off my circulation. About 30 minutes later, they came to loosen the restraints but only on my feet and my arms, all of this on camera. About 20 minutes later Chad Dams returned to my cell and asked me what was wrong I told him I did not do anything and that I was reently raped, and I reently lost both of my kids and that I knew I was pregnant from that rape. He asked whether I had taken a pregnancy test and I said no, the nurse refuses to give me one. I asked him to call my doctor and ask her to get me some prenatal vitamins and some anti depression pills. He said that he would but he never did. After he

left, I was kept in the chair for 3 hours and then I was put in a cell with Tamara French. I spent about 6 days in that cell. Then Tamara French and I got into an arguement. Sgt Galloway then came into the cell and threw me against the wall and told me to put my hands on my head, he then handcuffed me behind my back. Sgt Galloway then told Tamara French she could leave it was her day to go home. Tamara then grabbed her mat and left. Sgt Galloway kept my cuffs on and had them bring in that chair, he then undid my cuffs put me in the chair and strapped me down really tight for 3 hours.

When the next shift came on, C/o Bruce Harman let me out of the chair. He then moved me to the end cell and I remained in lockdown for 5 more days. I asked to speak to Chad Downs, no one would let me speak to him. I refused to eat, so they threw my food into the cell. Four or five days later, I was let out of lockdown. The very day I was let out of lockdown the nurse came with an ice-cream cup and asked me whether I still wanted the pregnancy test. I said yes. A few minutes later, Chad Downs along with a few other C/o's took me out of the cell. Chad Downs said to me you are pregnant. I told him I told you. Chad Downs said, I know you told me, but we just

had to be sure. A witness to this is Brandi
Friday, that was the day she was shipped to
IDOC. She was put in lockdown for throwing a tray
at C/o McGee. She had been in lockdown for 3 days.
They took me back downstairs. About three weeks later
I began leeking amniotic fluid. I had a litmus test
done and it turned blue and then the nurse said to
C/o Penny to take me to the hospital. That the
trip to the hospital was approved by Chad Downs.
I was cuffed, shackled and taken to the hospital.
I told C/o Tiffany, that I was not supposed to be
shackled, She responded Chad Downs said to
shackle me. Both C/o Penny and C/o Tiffany took
me to Blessing Hospital, then C/o Penny left and C/o
Tiffany spent the night with me at the hospital.
I was handcuffed to the bed and both legs were
shackled to the bed. I was kept in the hospital and
put on IV and I was given fluid because my
amniotic fluid was low, I was put on fetal monitoring
and pain medication. The next day C/o Tiffany left
and C/o Cathy came on and the next day C/o Cathy
left and C/o Dina Coleman and the following day,
my doctor, Dr. Friye came to see me. All of this
time I was handcuffed one hand and both feet were
shackled to the bed. Dr. Friye gave me the results

of the ultra sound that was done earlier. She told me that my son had fluid on his brain and severe cranial abnormalities. Dr. Frye also recommended that I be shipped to Springfield Hospital, to see a neuro specialist about the babies brain fluid. She said I may need to get annual senthesis it's where a needle is stuck in my stomach to drain the fluid out of my babys brain. My doctor, Dr. Frye informed C/o Dina Coleman, that I needed to go immediately. C/o Coleman called Chad Downs and informed him of my doctors recommendation, regarding the babies condition. I heard him say to C/o Coleman to get her outta there. Then C/o Coleman went to talk to Dr. Frye. Later C/o Carmsey came to the hospital with paperwork for a signature bond. I was told that if I missed my court date, my bond will go back up to $1500.00. I was given a meal, made a few calls to my family, then I left the hospital.

I was first arrested on 6/6/07 and taken to Adams County Jail where I posted bond and Returned home. I was arrested again on 8/10/07 and remained in custody till 10/19/07. During that period I remained in custody I got into an arguement with an inmate named Crystal White. C/o Boden and Sgt. Harman came to the cell to see what was going

⑧

on They called Crystal white out of the cell, she told them they we were arguing but it was not a big deal. Crystal white was returned back to her cell. I was then told to step outside of the cell, so Harman began to yell at me, he said that I was the cause of the confrontation. I told him I did not start anything. He told me to get back into the cell. I repeated that I did not do anything, he told me to shut the hell up. He then said to step back out into the hallway. He then went back into the cell and questioned the girls in the cell. He asked them who was starting the agreements He came back outside to where I was standing and said that everyone says you're starting the trouble. He took me and dragged me to the chair and this is on camera. I was not resisting. They threw me in the chair, strapped me down and tightened the straps. I told him I was going to sue him for racism and brutality. He said so what, it will never happen, you can't prove it, people have tried to sue him before and it never worked. I called all of them pompus pigs. Sgt. Harman then went upstairs and got a plastic face mask with hardly any holes to breathe. He spat in the mask. He did that because the only time that mask is to be used is if the inmate is spitting. Since I was not he spat in the mask himself, then put

it on my face. All on camera. I told them I could not breathe, I felt dizzy and nauseaous, my vision was blurred and I could feel the spit from the mask running down my face. I told Sgt. Harman I could not breathe, he laughed and walked off. I began to cry and edge the mask down with my tongue to try to get my nose in the breathing holes. I cut my tongue on the mask, blood began to fill up the mask. Office Boden seeing the blood under the mask, he began to panic and yell are you OK; just calmdown. I said no, I can't breathe. He said he could not take the mask off without Sgt. Harmans permission. I kept Struggling for air and crying and screaming. Yo Boden then came and took the mask off my face and there was lots of blood. He took a towel threw it over by me, where I was strapped to the chair. Then he came over picked up the towel and wiped the blood off my face. Then Yo Boden tried to put the mask back on because he had taken it off without Sgt. Harmans permission, I then cried out to him, please don't put it back on. Yo Boden then kept the mask on top of my head. Then Sgt. Harman came back downstairs and he put the mask back down on my face, and I began struggling again to get air. I called out for my mom because I thought I was

going to die. I was getting dizzy again, I felt like
I was going to die and I edged the mask back down
again with my tongue. Then Sgt Harman seeing that
I had the holes lined up he moved the mask back
down to where I could not breathe again. Prior to
doing that he hit the clock on Section 6 to show that
he did his 11 p.m. check. Sgt. Harman then left and went
upstairs. C/o Boden seeing that I was struggling
for air took the mask off. He kept it off this time.
Sgt. Harman, C/o Boden and C/o Laura went outside
for a smoke and laughed at me alone when they
walked pass me. I kept panting to catch my breath.
I was left to sit in that chair for 2 to 3 hours. And
I was put back to cell 5B. A week later, C/o Tiffany
who works on the same shift put me in the chair. I
was putting my mail through the door. One of the
envelopes was too bulky so I knocked on the door,
because I heard beeping the clocks outside. She
unlocked the cell door 5B and she asked me why
I was knocking on the fucking door. I told her
I could not fit the letter through the door and she
snatched me by my arm, and she jerked me till
I got to the chair. She pushed me down into the
seat and she told me to scoot back in the chair
and I scooted back. She then yelled scoot the

fuck back. Then she pulled out her taser book
the cop off to where the light shone and she put
the taser to my neck, and she strapped me
tightly to the chair. I had strap marks all
over me. I was left in that chair for 4 to 5 hours.
Sgt. Harman remarked " what's a monkey strapped
to a chair", then they laughed. I was scared to
talk back so I remained in the chair crying
till I was taken out. I was then taken back to
the chair. The other inmates said they could not
understand why they did that to me because
the chair is to be used is if an inmate is being
violent towards an officer or another inmate. All
I did was ask to please take my bulky piece of
mail. All of this is on camera. All because of the
color of my skin. I was the only black inmate in
that prison at that time all the %'s are white.

Back to June 20th 2008, I was arrested on a
parking ticket and was again taken to Adams County
Jail. I was pregnant when I was taken to jail. I
told the jail officials that I was pregnant and that
I was sexually assaulted. The next morning on 6/21/08
I was taken to Blessing Hospital in Quincy, IL by
%o Penny (first name). I was given a rape kit and
put on fetal monitoring. The doctor recommended



that I be given tylenol and ibuprofen as needed
and that I be given prenatal vitamins for my baby.
I was then taken back to jail. While at the
hospital I was cuffed and shackled to the bed
and when being transpoted back to the jail I
was also shackled. I was taken to my cell
and there are cameras right outside the cell and
another at the entrance of the cell where the
bottom bunk bed I was lying on can be seen on
that camera. At about 12:30 p.m, lunch time while
meals were being served by Sgt. Galloway, I told
him I was in pain and requested my pain killers
that were prescribed by Blessing Hospital. Sgt.
Galloway did not respond so I requested pain killers
again, and told him that I had been asking for
about an hour. Sgt. Galloway responded, you didn't
fucking ask me, so get the fuck up and come and
get them. When I saw how mad he got, I said
O.K. just forget it and I turned over on my bunk.
Sgt. Galloway marched into the cell dragged me
off the bunk and slammed me up against the wall.
He then grabbed my face, squeezed my cheeks then
slammed my head against the wall and said "I
don't fucking feel sorry for you." I began to cry
then called him a fat fuck. He then threw me

down, I hit the bunk, then I hit the floor. He never took me to see the nurse, he never gave me painkillers, knowing that I was so pregnant. This is all on camera. He then got handcuffs, handcuffed me and took me upstairs to segregation. There were two other guys in seg right next door to me named Brendon and Natas who saw when I was thrown into the cell by Sgt. Galloway. I remained in seg for 3 days. I was supposed to go before the judge, the next day for that traffic ticket, instead I was kept in seg for 3 days. I was then taken back downstairs by Yo Cool. where I remained for four more days. I was put next door to the cell where I was originally taken out. I was taken out of cell 5A then returned to cell 5B. I asked the girls next door, why was I moved into another cell. The girls I spoke to whome were Kayla Harris, Antoinette Ingram and Melissa Sexton. They replied because Sgt. Galloway and Chad Dauns (the jail house administrator) had us write statements against you. And we can't tell you anymore. Sgt. Galloway no longer works at Adams County Jail. The rumor is he resigned, shortly after this incident. On

the seventh day, I was finally taken to court to see the judge. The judge threw the traffic ticket out, because the ticket was written incorrectly and the judge let me go home that very day. I was taken back to my cell by the Bailiff and shortly after I was released. I was given a check for $300.00 and my exact release date is on that check.

I gave birth to my baby on 7/25/08, at about 3 P.M. at St. Mary's hospital located in Springfield, IL. See attached exhibit labelled "B".

But the day before 7/24/08, I went to visit Dr. Frige for an appointment. She walked me around the back to the womens Center for an ultrasound. After the ultrasound was done. The doctor said that my baby had very low birth weight and she thinks that labor needs to be induced. So I was taken to Blessing Hospital, where they prepared me to be shipped to St. Mary's Hospital in Springfield. I was then given the drug mag Sulphate and then transferred to St. Mary's hospital in Springfield. I was only supposed to be on mag sulphate for the ride down to St. Mary's. Once I got there I was

to have natural child birth. Instead I was given a high tech ultrasound. The doctor said that the baby was fine. The doctor then recommended that I be taken off the mag sulphate. So I was taken off for about an hour. Then they put me back on the mag sulphate because I requested the C-Section. They tried to talk me into natural birth while on the mag sulphate. I requested pain medication, they said all they had was the epidural, and if I was given that, then I had to have natural birth. They then took me off the mag sulphate and gave me the epidural. I felt the baby coming down, I told the nurse, she said it was pressure from the contractions. I said no it's in the canal, she just rotated me to the other side. They came in an hour later. I told them the baby is coming out, I feel like I want to poop, the baby is coming out. They then brought in the team to deliver the baby. When the baby came out he had the umbilical cord wrapped around his neck twice. Dr. Khana said that the baby's retardation is probibly caused by lack of oxygen, lack of prenatal care or drugs. Prenatal care, lack of oxygen is either the doctors fault or the jailhouse's fault. The doctor

who did the ultrasound earlier, told me that
the ultrasound came out perfectly fine and
that I have a perfectly healthy baby. During
childbirth, they took some metal thing that looked
like tongs or clamps, and pull the baby out of me.
It was extremely painful, even with the epidural.
My ne baby was then taken to get an MRI,
the doctor returned and said the results
would be available in 2 or 3 days. Everyday
I went upstairs to visit my baby. Dr. Khana
told me the baby had severe abnormalities. I
then asked him what would this be caused by
and Dr. Khana said from lack of prenatal care,
lack of oxygen or drugs. I've been tested for
drugs throughout my pregnancy, and I've never
tested positive for any drugs. My doctor, Dr.
Frije can vouch for that. I was discharged
that day 7/27/08, because my son only weighed
5 lbs. My son was kept in the hospital. Five
days after I left the hospital, I got a call
from the hospital, saying my son was going to be
discharged. I left my home to go pick up my son,
while waiting at the bus stop to catch a connecting
bus I got a call from DCFS, (Department of
Children Family Services) and I was told that they

were taking custody of my son. I asked why
She said I'll see you in court. I then
called the hospital, they confirmed what the
caller had told me, that my son was taken away.
The months to follow, I found out the reason
Why my son was taken away from me because
my two other kids had been taken away and I
have an open case with DCFS. I'm still
fighting for my kids. My eldest daughter
Mariah 2 years old, was taken away from
me because I took her to the hospital after
She got sick at my moms house. She was
was diagnosed with gall stones. Next thing I
know, child protective services took both of my
daughters and now my newborn who I named
William Hale.

On 9/4/08, I had a probation review, and I
missed court due to a visit I had scheduled
with my kids. A warrant was issued for my
arrest. On 10/3/08, I was arrested in Hannibal,
Mo and returned to Adams County Jail. On
10/23/08, my probation was revoked and on
10/31/08 at 1 P.M, I was sentenced to 30
months in prison by Judge Rosenberg.
I will be released in February, 2009, on or

about 5th or 7th 2009. My 30 months get cut in half leaving 15 months. I get 6 months credit from Adams County Jail and another 6 months good time credit from IDOC.

On 11/3/08, while still at Adams County Jail, I was on my period and bled through my pants. I needed a new pair of pants. I had to go to family court for my kids at about 11Am and C/o John Smith, C/o Dina Coleman came to get me to take me to court. I requested a clean pair of pants, because I bled in my pants. C/o John Smith said, Shut up, stop lying and get your pants. I replied I don't have pants, I bled in my pants. He then said pack my shit, he was taking me to seg also called lockdown. I said, no you get my pants cause I have to go to court for my kids. C/o Dina then got me a pair of pants. C/o John Smith called 4 other C/o's and they all took me upstairs to get shackled and cuffed so I could go to court. They also put handcuff holsters around my waist. They then took me to court. The handcuff holster was to make it seem like I was being a nuisance and

the judge needed to be careful with me. There were three guards waiting at the gate to take me back to my cell, C/o Winston, C/o John Smith and C/o Dina Coleman. They took me upstairs in the direction of segregation. Once I climbed up the stairs C/o Winston dragged me down the hall. Then C/o John Smith and C/o Winston tried to carry me and then C/o Winston dropped my feet and my shoes came off. C/o John Smith picked me up in his arms and carried me down the hall. I then said, that's right carry me, don't fucking drag me. C/o Winston then said "don't give the bitch what the fuck she wants, put her down." Then C/o John Smith put me down and dragged me by the holster, down the hall again. They opened up the seg unit. Then threw me in a cell and strapped me to the chair. The straps were tightened, then I yelled "hey, that hurts, don't pull it so tight. He then loosed the ones that go over my shoulder but kept the ones around my arms and wrist really tight and it cut off my blood circulation. I sat there for about an hour then I was dragged again, to the courtroom to see the judge,

After I saw the judge. I was bought back
to Seg and strapped again in the chair, and
someone else was being taken to seg and I was
taken out of that cell, moved next door and I
was given a boat to sleep in. They kept me
me in there for 2 days until 11/5/88. I was
taken downstairs to the regular cells on the
5th November, and I remained in the cell
until I was shipped to IDOC on 11/7/08. The
camera footage is proof and my witness
Janessa Bowden will vouch for what happened
that day.

Please consider accepting my case. Please
send all correspondence to Toni Hale, 28813
E3200 North Road Dwight, IL 60420. ID#
R827 R83758. Always include the ID#
on all mail.

                                Sincerely
                                Toni Hale.